IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TAYSHEEDRA D. ALLEN-NOLL,

    Plaintiff,

v.                                                          Case No. 18-cv-216-slc

MADISON AREA TECHNICAL COLLEGE,
MARK C. LAUSCH, Dean of the Center for
Health and Safety Education, BOARD OF
MADISON AREA TECHNICAL COLLEGE,
and CAROLYN STONER, Chair of the Board,

    Defendants.

---

AMENDED JUDGMENT IN A CIVIL CASE

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Madison Area Technical College, Board of Madison Area Technical College, Mark C. Lausch, and Carolyn Stoner against plaintiff Taysheedra D. Allen-Noll dismissing this case.

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants against plaintiff Taysheedra Allen-Noll in the amount of $4,774.63 in costs and against plaintiff and her attorney, Rocky Coe, jointly and severally, in the amount of $9,266.25 under Fed. R. Civ. P. 37(a).

 

| | |
|---|---|
| _s/ A. Wiseman, Deputy Clerk_ | _10/22/2019_ |
| Peter Oppeneer, Clerk of Court | Date |